NO. 07-10-0513-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JANUARY 28, 2011
_____

AUNG AUNG,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE COUNTY COURT AT LAW NO. 1 OF POTTER COUNTY;

NO. 122,374; HON. W.F. "CORKY" ROBERTS, PRESIDING
_____

***Order of Dismissal***
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Aung Aung, appellant, attempts to appeal his conviction for two counts of evading arrest and making a terroristic threat. The court imposed sentence on July 29, 2010, and a motion for new trial was timely filed. His notice of appeal was filed on December 17, 2010. We dismiss for want of jurisdiction.

To be timely, a notice of appeal must be filed within thirty days after the sentence is imposed or suspended in open court or within ninety days after that date if a motion for

new trial is filed.  TEX. R. APP. P. 26.2(a).  Therefore, the notice of appeal was due on October 27, 2010.

A timely filed notice of appeal is essential to invoke our appellate jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).  If it is untimely, we can take no action other than to dismiss the proceeding.  *Id.* at 523.  Appellant's notice being untimely filed, we have no jurisdiction over the matter and dismiss the appeal.

Accordingly, appellant's appeal is dismissed.[1]


Brian Quinn
Chief Justice


Do not publish.

---

[1]The appropriate vehicle for seeking an out-of-time appeal from a final felony conviction is by writ of habeas corpus pursuant to Article 11.07 of the Texas Code of Criminal Procedure.  *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (Vernon 2005).